UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20766-CR-COOKE/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ISACHI GIL,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS

THIS MATTER was referred to the Honorable Ted E. Bandstra, United States Magistrate Judge, for a Report and Recommendation on Defendant Isachi Gil's Motion to Suppress Evidence filed December 2, 2010 (DE 26).  The Court has reviewed the entire file and record, noting that no objections to the Report and Recommendation have been filed, and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that United States Magistrate Judge Ted E. Bandstra's Report and Recommendation is **AFFIRMED and ADOPTED**.  Accordingly, it is

**ADJUDGED** that Defendant Isachi Gil's Motion to Suppress Evidence [DE 26] is **DENIED.** The Court finds that the Federal agents properly obtained and executed the search warrant in this case.

**DONE and ORDERED** in Chambers at Miami, Florida, this 2nd day of March 2011.

                                          MARCIA G. COOKE
                                          United States District Judge

Copies provided to:

Magistrate Judge Ted E. Bandstra
All counsel of record